IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of VIRGINIA
NORFOLK DIVISION

|  |  |  |
|---|---|---|
|  |  | Chapter:      13 |
|  |  |              18-71048 |
| In re: | ) |  |
| Concepcion Pattison | ) | REQUEST FOR SPECIAL NOTICE |
|  | ) | [NO Hearing Required] |
|  | ) |  |
| Debtor(s) | ) |  |

TO THE CLERK:

The undersigned attorneys for:

COLLINS ASSET GROUP, LLC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that COLLINS ASSET GROUP, LLC. be given and served with all notices given or required to be given in the case as follows:

COLLINS ASSET GROUP, LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/13/18
Account Number: ******0977

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
COLLINS ASSET GROUP, LLC.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com